# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROANN CELIS–CAPISTRANO <br><br> PLAINTIFF(S) <br><br> v. <br><br> ELAINE ANGELICA LINGA , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:23–cv–00843–PD <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 2/3/2023 | 4 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Please put the Central District of California on the Summons

The summons cannot be issued until this defect has been corrected. Please correct the defect and re–file your summons request.

Clerk, U.S. District Court

Date: February 3, 2023                By:  /s/ *Geneva Hunt  geneva_hunt@cacd.uscourts.gov*
                                                              Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**